UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY JACKSON, Individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-2700-B |
| JONES LANG LASALLE AMERICAS, INC., | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE AND APPROVAL OF SETTLEMENT

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice and for Approval of Settlement (doc. 32) ("Joint Motion"). The Court having reviewed the relevant pleadings and filings, including the Parties' Joint Motion and the Settlement Agreement, which was filed under seal, and the Notice and Claim Form; the Court having considered the arguments of counsel; the Court having considered the complexity, expense, duration and risks associated with continued litigation; and the Court otherwise having been fully advised on the premises, it is hereby **ORDERED** that:

1.     The Settlement Agreement resolves a bona fide dispute between Plaintiff, Class Members, and the Defendant and is fair, reasonable, adequate, and in the best interests of the Plaintiff and Class Members. The Court, thus, approves the Settlement Agreement, including the release of claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, between the parties along with the associated settlement payment amounts to the Plaintiff and the Class Members as constituting a fair, adequate, and reasonable settlement sufficient to extinguish claims against Defendant and the Released Parties.

2. Each and every Released Claim of the Plaintiff and Class Members is and shall be deemed to be conclusively released as against the Released Parties identified in the Settlement Agreement. The Plaintiff and all Class Members shall be forever barred and enjoined from prosecuting any of the Released Claims against the Released Parties, and each and every claim shall be deemed to be conclusively released as against the Released Parties. All Class Members will be forever barred and enjoined from prosecuting Released Claims against the Released Parties. The Court has reviewed the release in Section 7 of the Settlement Agreement, which is incorporated as well into the Claim Form, and finds this release to be fair, reasonable, and enforceable under the FLSA and all other applicable law.

3. Accordingly, all claims asserted against Defendant are hereby **DISMISSED WITH PREJUDICE** in accordance with the terms of the Settlement Agreement, with all costs taxed against the parties incurring same and all attorneys' fees borne by the parties incurring same.

4. This file will be administratively closed, but the Parties are permitted to file additional consents with the Court in accordance with the terms of the Settlement Agreement.

SO ORDERED.

SIGNED: April 25, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE